RECEIVED
FEB. 12 2016

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| INTERIOR ALASKA ORTHOPEDIC & SPORTS MEDICINE,<br><br>Plaintiff,<br><br>vs.<br><br>MULTIPLAN, INC. and BEECH STREET CORPORATION,<br><br>Defendants. | FILED in the Trial Court<br>State of Alaska Fourth District<br><br>FEB 10 2016<br><br>By_____Deputy<br><br>Case No. 4FA-16-01379 CI |

## COMPLAINT

Plaintiff Interior Alaska Orthopedic & Sports Medicine ("Interior Alaska"), by its undersigned attorneys, for its Complaint against MultiPlan, Inc. ("MultiPlan") and Beech Street Corp. ("Beech Street") (collectively "Defendants"), alleges as follows:

## NATURE OF ACTION

1. Interior Alaska is a Fairbanks-based physician practice specializing in orthopedic procedures and treatment that was founded in 2001 by Mark Wade, M.D. From 2001 until 2014, Interior Alaska was properly recognized as an out-of-network provider by Defendants for billing purposes. Without explanation, Defendants in 2014 improperly started authorizing discounts for services provided by Interior Alaska and treating Interior Alaska as though it were an in-network provider. After Interior Alaska repeatedly requested that Defendants stop treating it as an in-network provider, Defendants began contending that Interior Alaska is somehow considered in-network because of an unenforceable and long-expired contract that Dr. Wade signed while he was still a member of an entirely separate and unrelated group practice in Texas. Interior Alaska

ZIMMERMAN & WALLACE
711 Gaffney Road
Suite 202
Fairbanks, Alaska 99701
Tel.: (907) 452-2211
Fax: (907) 456-1137
info@mzwlaw.com

*Interior Alaska Orthopedic & Sports Medicine ; Multiplan, Inc. and Beech Street Corporation ; 4FA-16-_____CI*
COMPLAINT
Page 1 of 8

Case 4:16-cv-00011-HRH   Document 1-1   Filed 03/18/16   Page 1 of 8
Exhibit A
Page 1 of 8

brings this action for damages and declaratory relief because Defendants' improper conduct has deprived Interior Alaska of hundreds of thousands of dollars.

## PARTIES, JURISDICTION AND VENUE

2. Interior Alaska is a professional corporation organized under the laws of the State of Alaska with a principal place of business in Alaska.

3. MultiPlan is a corporation organized under the laws of the State of New York with a principal place of business in New York.

4. Beech Street is a corporation organized under the laws of the State of California with a principal place of business in Illinois.

5. Pursuant to AS § 09.05.015, Defendants have submitted to the jurisdiction of this Court by transacting business and engaging in substantial and not isolated activities in the State of Alaska.

6. Pursuant to AS § 22.10.020, this Court has jurisdiction over the subject matter of this action.

7. Pursuant to Alaska Rule of Civil Procedure 3, venue in this judicial district is proper because the actions giving rise to the claims arose in this judicial district and this judicial district would best serve the convenience of the parties and witnesses.

## FACTUAL ALLEGATIONS

8. Dr. Wade opened Interior Alaska in 2001 to provide orthopedic treatment and care to individuals in Fairbanks and the surrounding communities. Interior Alaska's mission is to provide the best possible medical care to each of its patients by helping them regain their lost function and achieve their physical goals. Stephanie Barney, PA-C, works with Dr. Wade to ensure that all patient needs are efficiently and effectively addressed.

ZIMMERMAN & WALLACE
711 Gaffney Road
Suite 202
Fairbanks, Alaska 99701
Tel.: (907) 452-2211
Fax: (907) 456-1137
info@mzwlaw.com

*Interior Alaska Orthopedic & Sports Medicine ; Multiplan, Inc. and Beech Street Corporation ; 4FA-16-_____ CI*
COMPLAINT
Page 2 of 8

Case 4:16-cv-00011-HRH   Document 1-1   Filed 03/18/16   Page 2 of 8 Exhibit A
Page 2 of 8

9. MultiPlan is a preferred provider organization ("PPO") that contracts with various healthcare providers to provide its clients (e.g., insurers, health plans, third-party administrators, and self-funded employers) access to a provider's services at a discounted rate. According to MultiPlan's website, it has almost 900,000 healthcare providers under contract, an estimated 68,000,000 consumers accessing its network product, and is responsible for reducing 40,000,000 claims per year.

10. Beech Street is a PPO that contracts with various healthcare providers to provide its clients access to a provider's services at a discounted rate. Beech Street is an indirect wholly-owned subsidiary of MultiPlan and is part of the MultiPlan network.

11. Upon information and belief, MultiPlan and Beech Street are incentivized to increase the size of their PPO network because their clients are charged based on the percentage of discount the client receives through the PPO network.

12. Interior Alaska is not an in-network provider with Defendants' PPO network, and has been an out-of-network provider for Defendants from its inception in 2001 to the present.

13. As is the case with most medical providers, after providing services to a patient, Interior Alaska submits its claim for payment to the patient's health insurance plan.

14. From Interior Alaska's inception in 2001 until August 21, 2014, Interior Alaska regularly received explanations of payments from insurance plans in which Defendants served as the claims administrator.

15. From Interior Alaska's inception in 2001 until August 21, 2014, Defendants properly recognized and treated Interior Alaska as an out-of-network provider and the claims submitted by Interior Alaska to Defendants' clients were reimbursed at the usual and customary rate for out-of-network providers.

ZIMMERMAN & WALLACE
711 Gaffney Road
Suite 202
Fairbanks, Alaska 99701
Tel.: (907) 452-2211
Fax: (907) 456-1137
info@mzwlaw.com

*Interior Alaska Orthopedic & Sports Medicine ; Multiplan, Inc. and Beech Street Corporation ; 4FA-16-_____ CI*
COMPLAINT
Page 3 of 8

Case 4:16-cv-00011-HRH   Document 1-1   Filed 03/18/16   Page 3 of 8 Exhibit A
Page 3 of 8

16. On or before August 21, 2014, Defendants began misrepresenting to its clients that Interior Alaska was an in-network provider, and therefore, that claims submitted by Interior Alaska were subject to reimbursement at the discounted, in-network rate.

17. On August 21, 2014, MultiPlan and Beech Street created provider profiles for Dr. Wade and listed Dr. Wade as an active in-network provider.

18. From August 21, 2014 to the present, Interior Alaska has submitted claims for hundreds of thousands of dollars to Defendants' clients.

19. From August 21, 2014 to the present, Defendants have administered claims submitted by Interior Alaska and have improperly authorized Interior Alaska to be reimbursed at a discounted, in-network rate. Defendants have authorized reimbursement at this discounted rate for services rendered by both Dr. Wade and Ms. Barney.

20. Interior Alaska has repeatedly requested to Defendants that its claims be reimbursed at the proper rate for out-of-network providers. Defendants have denied Interior Alaska's requests.

21. Interior Alaska has also repeatedly requested that Defendants remove Dr. Wade's profile from their list of in-network providers. Defendants have denied Interior Alaska's requests.

22. By authorizing claims to be paid at the lower rate for in-network providers, Defendants have caused Interior Alaska to be underpaid by hundreds of thousands of dollars for the claims it has submitted to Defendants' clients.

## FIRST CAUSE OF ACTION
(Violation of Alaska Statute § 45.50.471)

23. Interior Alaska repeats and re-alleges Paragraphs 1 through 22 of the Complaint, as if set forth here in full.

ZIMMERMAN & WALLACE
711 Gaffney Road
Suite 202
Fairbanks, Alaska 99701
Tel.: (907) 452-2211
Fax: (907) 456-1137
info@mzwlaw.com

*Interior Alaska Orthopedic & Sports Medicine ; Multiplan, Inc. and Beech Street Corporation ; 4FA-16-_____ CI*
COMPLAINT
Page 4 of 8

Case 4:16-cv-00011-HRH   Document 1-1   Filed 03/18/16   Page 4 of 8 Exhibit A
Page 4 of 8

24. Defendants operation of a PPO network and provision of administrative services to their clients in Alaska constitutes trade or commerce under Alaska Statute § 45.50.471(a).

25. By misrepresenting that Interior Alaska is a participating provider in their PPO network, Defendants' conduct violates the Alaska Unfair Trade Practices and Consumer Protection Act in the following respects:

    a. Misrepresenting that services have sponsorship, approval, characteristics, ingredients, uses, benefits or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that the person does not have;

    b. Disparaging the goods, services, or business of another by false or misleading representation of fact;

    c. Making false or misleading statements of fact concerning the reasons for, existence of, or amounts of price reductions;

    d. Using or employing deception, fraud, false pretense, false promise, misrepresentation, or knowingly concealing, suppressing, or omitting a material fact with intent that others rely upon the concealment, suppression, or omission in connection with the sale or advertisement of goods or services whether or not a person has in fact been misled, deceived or damaged; and

    e. Representing that an agreement confers or involves rights, remedies, or obligations which it does not confer or involve, or which are prohibited by law.

26. Pursuant to Alaska Statute § 45.50.531, Interior Alaska is entitled to recover for each unlawful act or practice three times the actual damages or $500, whichever is greater.

27. Pursuant to Alaska Statute § 45.50.537, Interior Alaska shall be awarded costs as provided by court rule and full reasonable attorney fees at the prevailing reasonable rate.

ZIMMERMAN & WALLACE
711 Gaffney Road
Suite 202
Fairbanks, Alaska 99701
Tel.: (907) 452-2211
Fax: (907) 456-1137
info@mzwlaw.com

*Interior Alaska Orthopedic & Sports Medicine ; Multiplan, Inc. and Beech Street Corporation ; 4FA-16-_____ CI*
COMPLAINT
Page 5 of 8

Case 4:16-cv-00011-HRH   Document 1-1   Filed 03/18/16   Page 5 of 8 Exhibit A
Page 5 of 8

**WHEREFORE,** Interior Alaska respectfully requests that this Court enter judgment in its favor and against Defendants and award it the following relief:

(a) statutory damages in an amount to be determined at trial that is in excess of $100,000;

(b) punitive damages based upon the Defendants' repetitive and repeatable conduct in an amount that is to be determined at trial; and

(c) such other and further relief as this Court may deem just and equitable.

## SECOND CAUSE OF ACTION
(Declaratory Judgment)

28. Interior Alaska repeats and re-alleges Paragraphs 1 through 27 of the Complaint, as if set forth here in full.

29. Defendants' conduct in misrepresenting that Interior Alaska is a member of their PPO network and administering the payment of claims submitted by Interior Alaska as though it were an in-network provider constitutes an actual controversy entitling Interior Alaska to declaratory relief.

**WHEREFORE,** Interior Alaska respectfully requests that this Court enter an order declaring that Interior Alaska is not a member of Defendants' PPO network and requiring Defendants to reimburse Interior Alaska at its billed rate for each claim in which Defendants caused Interior Alaska to be reimbursed at the discounted, in-network rate.

## THIRD CAUSE OF ACTION
(Unjust Enrichment)

30. Interior Alaska repeats and re-alleges Paragraphs 1 through 29 of the Complaint, as if set forth here in full.

31. From August 21, 2014 to the present, Interior Alaska has provided medical services to patients that are insured by Defendants' clients.

ZIMMERMAN & WALLACE
711 Gaffney Road
Suite 202
Fairbanks, Alaska 99701
Tel.: (907) 452-2211
Fax: (907) 456-1137
info@mrwlaw.com

*Interior Alaska Orthopedic & Sports Medicine : Multiplan, Inc. and Beech Street Corporation : 4FA-16-_____ CI*
COMPLAINT
*Page 6 of 8*

Case 4:16-cv-00011-HRH   Document 1-1   Filed 03/18/16   Page 6 of 8  Exhibit A
Page 6 of 8

32. In connection with providing medical services to these patients, Interior Alaska has submitted claims for payment to Defendants' clients.

33. Interior Alaska reasonably expects to be compensated at the billed or usual and customary rate for the medical services it has provided to Defendants' client's members.

34. Defendants have knowledge of the medical services provided to Defendants' client's members and the claims submitted by Interior Alaska in connection with these medical services.

35. Defendants know that Interior Alaska is an out-of-network provider, and therefore, expects to be compensated at the billed or usual and customary rate for the medical services it has provided to Defendants' client's members.

36. Defendants' administration and authorizing of payment of claims at the improper, discounted rate is unjust and inequitable and Defendants are benefitted by their misrepresentation that Interior Alaska is an in-network provider.

37. Defendants' conduct has damaged Interior Alaska.

**WHEREFORE**, Interior Alaska respectfully requests that this Court enter judgment in its favor and against Defendants and award it the following relief:

(a) compensatory damages in an amount to be determined at trial that is in excess of $100,000;

(b) punitive damages based upon the Defendants' repetitive and repeatable conduct in an amount that is to be determined at trial; and

(c) such other and further relief as this Court may deem just and equitable.

## FOURTH CAUSE OF ACTION
(Fraud)

38. Interior Alaska repeats and re-alleges Paragraphs 1 through 37 of the Complaint,

ZIMMERMAN & WALLACE
711 Gaffney Road
Suite 202
Fairbanks, Alaska 99701
Tel.: (907) 452-2211
Fax: (907) 456-1137
info@mzwlaw.com

*Interior Alaska Orthopedic & Sports Medicine : Multiplan, Inc. and Beech Street Corporation ; 4FA-16-_____ CI*
COMPLAINT
Page 7 of 8

Case 4:16-cv-00011-HRH   Document 1-1   Filed 03/18/16   Page 7 of 8
Exhibit A
Page 7 of 8

as if set forth here in full.

39. Defendants have falsely represented that Interior Alaska is a member of their PPO network.

40. Defendants have knowledge of the falsity of this representation.

41. Defendants have made this misrepresentation to Interior Alaska and insurers, health plans, third-party administrators, self-funded employers, and other payors for the purpose of inducing payors to utilize Defendants' PPO network and claims administration services.

42. Defendants have falsely represented to Interior Alaska and these various payors that they have the right to take discounts even though they do not have a valid and enforceable contract with Interior Alaska. The payors have relied on Defendants' representations to Interior Alaska's detriment.

43. Defendants' conduct has damaged Interior Alaska.

**WHEREFORE,** Interior Alaska respectfully requests that this Court enter judgment in its favor and against Defendants and award it the following relief:

(a) compensatory damages in an amount to be determined at trial that is in excess of $100,000;

(b) punitive damages based upon the Defendants' repetitive and repeatable conduct in an amount that is to be determined at trial; and

(c) such other and further relief as this Court may deem just and equitable.

**DATED** this 9th day of February, 2016 at Fairbanks, Alaska.

ZIMMERMAN & WALLACE
Attorneys for Plaintiff Interior Alaska Orthopedic & Sports Medicine

By: /s/ John Foster Wallace
John Foster Wallace, ABA #9211115
foster@mzwlaw.com AND service@mzwlaw.com

ZIMMERMAN & WALLACE
711 Gaffney Road
Suite 202
Fairbanks, Alaska 99701
Tel.: (907) 452-2211
Fax: (907) 456-1137
info@mzwlaw.com

*Interior Alaska Orthopedic & Sports Medicine ; Multiplan, Inc. and Beech Street Corporation ; 4FA-16-_____CI*
COMPLAINT
Page 8 of 8

Case 4:16-cv-00011-HRH   Document 1-1   Filed 03/18/16   Page 8 of 8   Exhibit A
Page 8 of 8