IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERIOR ALASKA ORTHOPEDIC & SPORTS MEDICINE,<br><br>                         Plaintiff,<br><br>  vs.<br><br>MULTIPLAN, INC., and BEECH STREET CORPORATION,<br><br>                        Defendants. | No. 4:16-cv-0011-HRH |

O R D E R

Case Dismissed

The parties jointly move for dismissal with prejudice.[1]  The motion is granted.

All claims of Interior Alaska Orthopedic & Sports Medicine against MultiPlan, Inc., and Beech Street Corporation in the above-referenced lawsuit are hereby dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this 25th day of May, 2017.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 34.